IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,

    Plaintiff,

    vs.       Civil No. 06-cv-248 (KAJ)

ALBERTO GONZALES

    Defendant.

FILED
MAY 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned

## MOTION FOR SCHEDULING ORDER

FORASMUCH AS THE HONORABLE COURT HAS FULLY ACKNOWLEDGED THE THIS LETTER AND NOTICE ALTHOUGH THE CASE MAY NOT GO BEYOND ITS ?DOCKETING HOWEVER, THE TRUTH IS GOOD TO PASS. THE DEFENDANTS IS TO PROVIDE A REASONABLE INFORMATION AS TO WHETHER THE PLAINTIFF WISHES TO FORFIET HIS DOCUMENT'S AND PERSONAL ITEMS SEIZED OR CARRIEDAWAY BY THE AUTHORITIES. See United States v. Lewis, 921 F.2d 1294, 1302 (D.C. Cir.1990)(a court must determine from an objective viewpoint whether property has been abandoned). See United states v. Perkins, 871 F.3d 127 (3d Cir.1996).

    The Honorable Alberto Gonzales has legally enjoyed a very muscular executive branch. The Gorge W. Bush have joined the Hon. Gonzales since its official responsibility under the Texas Supreme Court, and thereafter, White House counsel. Nevertheless, Awala wants the Court to permit him to speak nothwithstanding all deficiences.

Dated: 5/5/, 2006.

                                                       Gbeke M. Awala

GBEKE Michael Awala
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

legal Mail:

Office of the Clerk
United States District Court
for the District of Delaware
J. caleb Boggs Federal Building
Lockbox 18
844 King Str
Wilmington, DE 19801



# THE 25 MOST INFLUENTIA

SPANISH HAS BECOME THE U.S.'S DE FACTO SECOND language, Nuevo Latino has taken its rightful place in haute cuisine, the sounds of rock en Español and reggaeton have filtered up the charts, and Latinos not only star on but own and manage major league baseball teams. But like any immigrant group that has shaped mainstream U.S. culture before fully asserting its economic or political power, the nation's 41.3 million Hispanics are just getting warmed up. While they command nearly $600 billion in buying power, they are only starting to attract the marketing attention on Madison Avenue that they merit, and their political clout similarly lags behind their sheer numbers. The country's largest ethnic minority, Hispanics promise to help remake America in the 21st century as vitally as African Americans did in the 20th.

Still, perhaps more than any of their immigrant predecessors, Hispanics defy easy categorization. Mexican Americans, Cuban Americans and Argentine Americans may all speak the same language,