IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,                :

    Plaintiff,                      :

                                             :

    v.                              :    Civil No.: 06-248-KAJ

SPECIAL AGENT AXEL GONZALES,        :
THOMAS LISZKIEWICZ, CHIEF
RUTH JONES, ACTING AGENT JOHN       :
P. KELLEGHAN, SECRETARY             :
MICHAEL CHERTOFF, BORDER            :
PATROL AGENTS,                      :

    Defendants.                     x



FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DD scanned

APPLICATION TO PROCEED IN FORMA PAUPERIS

AND NOW COMES the Plaintiff Gbeke Michael Awala, Fed. id. No. #82074-054, appearing in pro se currently incarcerated at the Federal Detention Center Philadelphia ("FDC Philadelphia"), in Philadelphia. The Plaintiff filed this action pursuant to 42 U.S.C. Section 42 U.S.C. Section 1981, 1982, 1983 and 1985, Title 18 U.S.C. Section 241 (Conspiracy against rights) and Section 242 (Deprivation of rights under color of law) and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. Section 1915.

In support thereof Plaintiff states as follows:

(a) The Plaintiff should be granted in forma pauperis to proceed in its case, nothwithstanding the filing fee of $350.00, pursuant to 28 U.S.C. Section 1915(b), the court should assess the Plaintiff"s attached certified copy of his prison trust fund account statement for the past six Months and plaintiff shall perpetually submit a copy so as

to remain <u>in forma pauperris</u> untill his financial condition changes and he then able to pay the full or remaining fees. 20% may be deducted.

(b) Plaintiff's claim is not frivolous but stated a claim upon which a relief may be granted and seeks monetary relief from all the listed defendants pursuant to the applicable statute and Constitutional provisions.

(c) The Court should screen the Plaintiff's application and should not be moved nor persuaded by the fact that Plaintiff is under listed having had at least "three strikes," nevertheless, the court has power to grant him the provisions and permission to proceed because plaintiff is under imminent danger of miscarriage of justice which may be readily infer from the day he initially filed the complaint up untill this moment;

(d) Plaintiff's claim have sufficient and arguable basis in law and fact, and should be granted pursuant to 28 U.S.C. Section 1915A.

### (I)  FACTUAL SUMMARY

Plaintiff Gbeke Michael Awala, is an individual who named the defendants herein, the Special Agent Axel Gonzales(of the Immigration and Customs Enforcement), Thomas Liszkiewicz(of the Homeland Security), Ruth Jones(Chief of Records U.S. Citizenship and Immigration Services), Michael Cheroff(Secretary of the Homeland Security) and Border Patrol Agents(John Doe-Unknown to Plaintiff) of the U.S. Border Protection, the Plaintiff as amended herein brought this Civil Action to force the Defendant to institute an administrative proceeding on the question of the documents, records and reports unlawfully conceals, removes, mutilates, obliterates, or destroyed filed or deposited with the public office of the offices, in the Section of the U.S. Citizenship and Immigration Service, U.S. Immigration and Customs Enforcement, U.S. Department of

Homeland Security, Border Protection and Forensic Document Laboratory, January 1, 2004 to present-Although the Government has disassociated itself(The Assistant U.S. Attorney's Office District of Delaware-Un amed Defendant), the Defendants herein consents in writing and functional equavelent as provided by the Attorney General of the United States of America, inclusion right, in contrary to the criminal trial commenced, in which the Plaintiff was indicted, tried and convicted in violation of Title 8 U.S.C. Section 1326 et seq, the plaintiff filed this complaint to compel the release of his document from the Defendants such documents are unable to obtain comparably as evidence against the criminal indictment which would have facilitated or otherwise dropped the indictment charging him with unlawful reentrying the United States, whereas the reentry episode was a predicate has the duty or functions of the defendants to grant such permission, this position would have foreclosed the trial court, let alone correct the judgment, the plaintiff reasonably belives the Defendants held back or destroyed the evidence and left him at a decided disadvantage and essentially in the dark on what the evidence contained, and the Court is here to compel or force the defendants to turn over the evidence under <u>Brady or Jencks</u>, to imposed a sanction against the Defendants Acts in Bad faith.

    Plaintiff Gbeke M. Awala, was arrested On August 12 and 13, 2004 by the employees of the above-mentioned defendants on the Delaware Memorial Bay Police Department, exercise and use the force of their authority under Federal Laws for the afore-mentioned Divisions, with basis of knowledge of said property, obfuscate the truth to achieve their ends. Regardless of any good faith exception or subjective perception, defendants conduct exhibits a pattern of deception that is inconsistent with the qualities needed to be an effective law enforcement officers.

Plaintiff attacks the Defendants failed investigation using boilerplate prefabricated facts considering the totality of circumstances offered to provide probable cause for arresting the Plaintiff on the basis of Police tip and within the preceding 24 hours provided unreliable information about the plaintiff's status in the United States failed to spell out the truth, with the false finger print in the prior Alien file corroborated the allegation that the plaintiff was previously removed from this Country, there was no information that the Plaintiff was born in the State of Florida, in Miami-Dade County to make up the affidavit deficiencies which would not have provided probable cause to arrest the plaintiff, regardless of the truth of plaintiff's birth in the United States, the detective assertions about the plaintiff's statement on or around August 12, 13 2004, was deprived of due process by the admission of statements or affidavit used for trial improperly elicited from the Plaintiff in violation of his Fith Amendment rights under <u>Miranda</u>, it is clear from the record that the defendants Machiavellian approach to truth has colored Court judgment, which the plaintiff has never waived his right to challenge nor prior to any questioning warned that he has the right to remain silent and that he has the right to either retained or appointed counsel, nothing in the record indicated that the Plaintiff had waived his right and provided made voluntarily, knowingly, and intelligent response to the <u>Axel Gonzalez</u> interview, there is no genuine statement of fact as to whether the Plaintiff said he was born in Nigeria or Ghana, the defendant cannot escape the truth by planning to destroy his credibility based on negative determinationnot retroactive to the January 1, 2004, incident, thus making them unsuitable for federal employment.

The plaintiff asserts that the <u>Privacy Act</u> requires the agencies to enter the list of its <u>"system of records"</u> in the Federal Register and

4.

include therein "each routine use of the records contained in the system, including the categories of users and purpose of such use. Thus, the use must be compatible with the purpose for which the information and plaintiff's document was collected. See Shannon v. General Elec. Co., 812 F.Supp. 308, 316 (N.D.N.Y. 1993)(citing Britt v. Naval Investigative Serv, 886 F.2d 544, 547 (3d Cir. 1989).

Plaintiff asserts that the claim that the Court force the Defendants to institute an administrative proceeding on the questions of these documents, records and reports unlawfully concealed, the disclosure of the records as pertaining to the Plaintiff was authorized as a "routine use." Plaintiff argues that the records disclosed to Axel Gonzalez of the U.S. Customs and Immigration related to the Plaintiff's Alien File by the Defendant Ruth Jones of the U.S. Citizenship and Immigration Services as related to the Plaintiff contains negative suitability determination and the records of documents undisclosed therefore fall within the system of records under investigative reports, official **Citizenship** records, documentation of litigation including complaint. Furthermore, the above-mentioned defendants maintaining these **birth** records is obligated to defend against this lawsuit filed by Awala as brought against this employees, the Federal Register provides that OPM/CENTRAL-7 records are subject to disclosure since the Plaintiff's rights were violated under the Privacy Act, the court in the instant case need not address whether the plaintiff waived any disclosure right by reason of the connecting criminal judgment in order to recover, even if, the case turns in Heck, the disclosure fall within the routine use exception under 5 U.S.C. Sec. 552a(a)(7), **that the disclosure has no adverse effect on the Plaintiff's conviction,** standing alone, he suffered emotional distress and statutory loss, general damages and punitive damages, the plaintiff can recover mo-

5.

netary damages under the Privacy Act, the Plaintiff has met the Burden of establishing a causal connection between the agency violation and the alleged adverse effect on his U.S. Citizenship and property interest. See Germosen v. Cox, No. 98 CV 1294, 1999 WL 1021559, *18, 1999 U.S. Dist. LEXIS 17400, at *55 (S.D.N.Y. Oct. 29, 1999).

The plaintiff asserts that the Court should find and conclude that the Defendants in this case against Awala herein plaintiff had falsified federal documents and records by not disclosing that he had encountered a six-foot-tall officer which appear to him at the Immigration Inspection inside the Baltimore Airport, that the Defendant committed deliberate acts of omission that materially undermines their credibility and evidence their unsuitability for federal position should all be terminated from Federal employments, their acts were deliberately calculated, and show reckless disregard for the truth. Accordingly, the Court should find that the plaintiff has establish damages as a result of the Defendants acts of omissions and these falsifications caused him to suffer emotional distress and statutory or economic loss and according to the claims already pleaded on record.

The Plaintiff had established a constitutional violation that can not give way to Eleventh Amendment immunity from suit in their official capacity the error seriously affects the fairness, integrity, or public reputation of judicial proceedings fact of plaintiff conviction brought into this court and has provided the Jury including at sentencing were based on unknown to the trier of facts the unforfeited errorthat affects substantial rights of plaintiff since the plaintiff established a reasonable probability that the district court would have ruled in his favor, plaintiff is due remedy by the Eight Amendments prohibition against cruel and unusual punishment based on the condition caused by the Defendants and the plaintiffs claim is supported by preexisting established law.

The Court should not find any difficulty establishing that the defendants are found to having dominion and control over the Plaintiff's document for constructions under constructive possession. The conviction in the criminal case against plaintiff rest solely on investigative reports and evidence obtained in the course of the defendants warrant of arrest, plaintiff asserts that the warrant was procured by false information that was recklessly or intentionally supplied by the defendants.

The false report or information stands at odd against the plaintiff right to be counted as a U.S. Citizen by birth, it turns out wrong that the plaintiff was sentenced, plaintiff further alleges that such acts, policies and practices are shocking to the conscience of civilized persons and intolerable in a society purportedly governed by laws and considerations of due process.Thus, the Defendants policy has discriminatory effect and that policy is motivated by the acts and omission against the palintiff.

WHEREFORE, Plaintiff prays for relief as follows as amended:

1. That the Court determines and enter judgment declaring that the acts and omissions of Defendants, as set forth on record and above, violate rights secured to Plaintiff by the Fourth, Fifth, Sixth, Eight, Ninth and Fourteenth Amendments to the United States Constitution, and 42 U.S.C. Section 1981, 1982, 1983 and 1985;

2. That the Defendants institute an administrative investigation to turn in the evidence under <u>brady or jenks</u> in other to turn the alleged documents concealed for over 2 years; Document is crucial to his defense.

3. That the Court award general damages to Plaintiff in excess of Fifty One Million Dollars($51 Million Dollars);

4. That the Court award punitive damages to plaintiff in an amount in excess of Thirty Six Million Dollars($36 Million Dollars);

5. That the court award Emotional damages of One Million Dollars($1 Milli-

7.

on Dollars) each;

6. That the Defendants be required to pay legal costs and expenses in this action, including reasonable provisions for Plaintif's attorney's fees; And as alternative Law Education Schorlaship.

7. That the Court grant such further and additional relief that it deems appropriate. Most notably release the Plaintiff off Judgment.

Dated. 5/23/, 2006.

Gbeke Michael Awala
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 1905

DEMAND FOR JURY TRIAL

Plaintiff, Gbeke Michael Awala, respectfully prays the Court grants him permission to proceed in forma pauperis, in addition, demnds a trial by jury as to all issues so triable in this action.

Dated. 5/23, 2006.

Respectfully submitted,

Gbeke M. Awala

8.

ViewAllTransCombined

Page 1 of 2

## All Transactions


PRINT

| Inmate Reg #: | 82074054 | Current Institution: | Philadelphia FDC |
| Inmate Name: | AWALA, GBEKE | Housing Unit: | 6 SOUTH |
| Report Date: | 05/19/2006 | Living Quarters: | F03-628L |
| Report Time: | 12:20:00 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($9.80) | FPHLD089 - 936 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD214 - 935 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD162 - 934 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD159 - 933 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Western Union | $50.00 | 33314006 | | $61.40 |
| 2/2/2006 9:00:42 PM | PHL7239 | Debt Encumbrance | ($11.40) | FPHLD089 - 603 | | |
| 2/2/2006 8:54:18 PM | PHL7239 | Photo Copies | ($1.70) | JV0027 | | $11.40 |
| 1/30/2006 12:25:21 PM | PHL1694 | Photo Copies | ($3.40) | JV0020 | | $13.10 |
| 12/24/2005 3:36:42 AM | Sentry | Debt Encumbrance - Released | $8.00 | FPHLD855 - 321 | | |
| 12/24/2005 3:36:42 AM | Sentry | Debt Encumbrance - Released | $3.50 | 6PHLD757 - 284 | | |
| 12/24/2005 3:36:42 AM | Sentry | Debt Encumbrance - Released | $5.00 | FPHLD807 - 176 | | |
| 12/5/2005 9:09:42 AM | PHL0669 | Debt Encumbrance | ($8.00) | FPHLD855 - 321 | | |
| 12/5/2005 9:09:20 AM | PHL0669 | Photo Copies | $5.80 | JV0014-V | | $16.50 |
| 12/5/2005 9:09:15 AM | PHL0669 | Photo Copies | ($5.80) | JV0014 | | $10.70 |
| 12/5/2005 9:08:51 AM | PHL0669 | Photo Copies | $1.60 | JV0014-V | | $16.50 |
| 12/5/2005 8:53:36 AM | PHL0669 | Photo Copies | ($1.60) | JV0014 | | $14.90 |
| 12/1/2005 2:07:57 AM | AMSERVICE | Debt Encumbrance - Released | $4.00 | 6PHLD712 - 280 | | |
| 12/1/2005 2:07:57 AM | AMSERVICE | Debt Encumbrance - Released | $4.00 | 6PHLD711 - 279 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($2.20) | 6PHLD725 | | $16.50 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($3.30) | 6PHLD724 | | $18.70 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($4.40) | 6PHLD691 | | $22.00 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $2.20 | 6PHLD725 - 283 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $3.30 | 6PHLD724 - 282 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $3.00 | 6PHLD691 - 281 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $1.40 | 6PHLD691 - 66 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.50) | 6PHLD757 - 284 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($2.20) | 6PHLD725 - 283 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.30) | 6PHLD724 - 282 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.00) | 6PHLD691 - 281 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($4.00) | 6PHLD712 - 280 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($4.00) | 6PHLD711 - 279 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Lockbox - CD | $20.00 | 70145703 | | $26.40 |
| 11/7/2005 10:55:34 AM | PHL0669 | Debt Encumbrance | ($5.00) | FPHLD807 - 176 | | |
| 11/2/2005 8:49:32 AM | PHL0669 | Photo Copies | ($5.00) | JV0008 | | $6.40 |
| 11/1/2005 2:07:53 AM | AMSERVICE | PLRA Payment | $0.00 | 6PHLD711 | D119 | $11.40 |
| 11/1/2005 2:07:53 AM | AMSERVICE | Debt Encumbrance - Released | $5.00 | 6PHLD712 - 57 | | |
| 11/1/2005 2:07:53 AM | AMSERVICE | Debt Encumbrance - Released | $5.00 | 6PHLD711 - 56 | | |
| 10/25/2005 9:37:54 AM | PHL9059 | Sales | $0.00 | 40 | | $11.40 |

| | | | | | |
|---|---|---|---|---|---|
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($1.20) | 6PHLD685 | $11.40 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($0.30) | 5PHLD674 | $12.60 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($2.00) | 5PHLD666 | $12.90 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($0.60) | 5PHLD661 | $14.90 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($1.00) | 5PHLD646 | $15.50 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($3.50) | 5PHLD542 | $16.50 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($3.00) | 5PHLD532 | $20.00 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($2.00) | 5PHLD497 | $23.00 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $1.20 | 6PHLD685 - 65 | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $0.30 | 5PHLD674 - 64 | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $2.00 | 5PHLD666 - 63 | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $0.60 | 5PHLD661 - 62 | |

1 2 3

ViewAllTransCombined                                                                 Page 1 of 1

# All Transactions

**Inmate Reg #:** 82074054  
**Inmate Name:** AWALA, GBEKE  
**Report Date:** 05/19/2006  
**Report Time:** 12:20:11 PM  

**Current Institution:** Philadelphia FDC  
**Housing Unit:** 6 SOUTH  
**Living Quarters:** F03-628L  

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $1.00 | 5PHLD646 - 61 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $3.50 | 5PHLD542 - 60 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $3.00 | 5PHLD532 - 59 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $2.00 | 5PHLD497 - 58 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($1.40) | 6PHLD691 - 66 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($1.20) | 6PHLD685 - 65 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($0.30) | 5PHLD674 - 64 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($2.00) | 5PHLD666 - 63 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($0.60) | 5PHLD661 - 62 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($1.00) | 5PHLD646 - 61 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($3.50) | 5PHLD542 - 60 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($3.00) | 5PHLD532 - 59 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($2.00) | 5PHLD497 - 58 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($5.00) | 6PHLD712 - 57 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($5.00) | 6PHLD711 - 56 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Lockbox - CD | $25.00 | 70143301 | | $25.00 |
| 10/14/2005 8:17:05 AM | PHL9059 | Sales | $0.00 | 23 | | $0.00 |
| 10/7/2005 9:42:10 AM | PHL1592 | Sales | $0.00 | 87 | | $0.00 |

1 2 3

## All Transactions 

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 82074054 | | Current Institution: | Philadelphia FDC |
| Inmate Name: | AWALA, GBEKE | | Housing Unit: | 6 SOUTH |
| Report Date: | 05/24/2006 | | Living Quarters: | F03-628L |
| Report Time: | 10:22:24 AM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 5/23/2006 9:29:38 AM | PHL5518 | Sales | $0.00 | 47 | | $41.00 |
| 5/23/2006 9:06:43 AM | PHL7239 | Debt Encumbrance | ($2.00) | FPHLD306 - 1129 | | |
| 5/22/2006 10:06:40 AM | PHL7239 | Photo Copies | ($2.10) | JV0036 | | $41.00 |
| 5/15/2006 2:07:05 AM | AMSERVICE | Photo Copies | ($4.10) | FPHLD129 | | $43.10 |
| 5/15/2006 2:07:05 AM | AMSERVICE | Debt Encumbrance - Released | $1.00 | FPHLD129 - 1090 | | |
| 5/15/2006 2:07:05 AM | AMSERVICE | Debt Encumbrance - Released | $3.10 | FPHLD129 - 974 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($15.00) | FPHLD135 - 1091 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($1.00) | FPHLD129 - 1090 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD214 - 1089 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD162 - 1088 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD159 - 1087 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Western Union | $40.00 | 33316206 | | $47.20 |
| 5/9/2006 12:30:28 PM | PHL7239 | Photo Copies | ($1.70) | JV0036 | | $7.20 |
| 5/9/2006 12:28:48 PM | PHL7239 | Photo Copies | ($0.20) | JV0036 | | $8.90 |
| 5/3/2006 2:09:50 PM | PHL7239 | Photo Copies | ($0.30) | JV0036 | | $9.10 |
| 5/3/2006 1:57:57 PM | PHL7239 | Photo Copies | ($3.70) | JV0036 | | $9.40 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($20.00) | FPHLD159 | D717 | $13.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($20.00) | FPHLD162 | D716 | $33.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($10.00) | FPHLD214 | D715 | $53.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD214 - 969 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD162 - 968 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Eneumbrance - Relcased | $10.00 | FPHLD159 - 967 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD214 - 935 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD162 - 934 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD159 - 933 | | |
| 4/24/2006 9:57:28 AM | PHL7239 | Court Fees | $0.00 | | | $63.10 |
| 4/24/2006 9:56:42 AM | PHL7239 | Court Fees | $0.00 | | | $63.10 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($4.80) | FPHLD122 | | $63.10 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($8.40) | FPHLD107 | | $67.90 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Inmate Co-pay | ($2.00) | FICD0206 | | $76.30 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copics | ($5.60) | FPHLD096 | | $78.30 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $4.80 | FPHLD122 - 973 | | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $8.40 | FPHLD107 - 972 | | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $2.00 | FICD0206 - 971 | | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $1.70 | FPHLD096 - 970 | | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $3.90 | FPHLD096 - 938 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($3.10) | FPHLD129 - 974 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($4.80) | FPHLD122 - 973 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($8.40) | FPHLD107 - 972 | | |
| | | | | FICD0206 - | | |

| Date | Source | Description | Amount | Reference | Balance |
|---|---|---|---|---|---|
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($2.00) | 971 | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($1.70) | FPHLD096 - 970 | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Eneumbrance | ($10.00) | FPHLD214 - 969 | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD162 - 968 | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD159 - 967 | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Western Union | $50.00 | 33314506 | $83.90 |
| 4/18/2006 8:15:17 AM | PHL5518 | Sales | $0.00 | 9 | $33.90 |
| 4/14/2006 2:07:07 AM | AMSERVICE | Photo Copies | ($6.30) | FPHLD090 | $33.90 |
| 4/14/2006 2:07:07 AM | AMSERVICE | Photo Copies | ($21.20) | FPHLD089 | $40.20 |
| 4/14/2006 2:07:07 AM | AMSERVICE | Debt Encumbrance - Released | $6.30 | FPHLD090 - 937 | |
| 4/14/2006 2:07:07 AM | AMSERVICE | Debt Encumbrance - Released | $9.80 | FPHLD089 - 936 | |

1 2 3

## All Transactions 

| Inmate Reg #: | 82074054 | Current Institution: | Philadelphia FDC |
|---|---|---|---|
| Inmate Name: | AWALA, GBEKE | Housing Unit: | 6 SOUTH |
| Report Date: | 05/24/2006 | Living Quarters: | F03-628L |
| Report Time: | 10:25:32 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 4/14/2006 2:07:07 AM | AMSERVICE | Debt Encumbrance - Released | $11.40 | FPHLD089 - 603 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($3.90) | FPHLD096 - 938 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($6.30) | FPHLD090 - 937 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($9.80) | FPHLD089 - 936 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD214 - 935 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD162 - 934 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD159 - 933 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Western Union | $50.00 | 33314006 | | $61.40 |
| 2/2/2006 9:00:42 PM | PHL7239 | Debt Encumbrance | ($11.40) | FPHLD089 - 603 | | |
| 2/2/2006 8:54:18 PM | PHL7239 | Photo Copies | ($1.70) | JV0027 | | $11.40 |
| 1/30/2006 12:25:21 PM | PHL1694 | Photo Copies | ($3.40) | JV0020 | | $13.10 |
| 12/24/2005 3:36:42 AM | Sentry | Debt Encumbrance - Released | $8.00 | FPHLD855 - 321 | | |
| 12/24/2005 3:36:42 AM | Sentry | Debt Encumbrance - Released | $3.50 | 6PHLD757 - 284 | | |
| 12/24/2005 3:36:42 AM | Sentry | Debt Encumbrance - Released | $5.00 | FPHLD807 - 176 | | |
| 12/5/2005 9:09:42 AM | PHL0669 | Debt Encumbrance | ($8.00) | FPHLD855 - 321 | | |
| 12/5/2005 9:09:20 AM | PHL0669 | Photo Copies | $5.80 | JV0014-V | | $16.50 |
| 12/5/2005 9:09:15 AM | PHL0669 | Photo Copies | ($5.80) | JV0014 | | $10.70 |
| 12/5/2005 9:08:51 AM | PHL0669 | Photo Copies | $1.60 | JV0014-V | | $16.50 |
| 12/5/2005 8:53:36 AM | PHL0669 | Photo Copies | ($1.60) | JV0014 | | $14.90 |
| 12/1/2005 2:07:57 AM | AMSERVICE | Debt Encumbrance - Released | $4.00 | 6PHLD712 - 280 | | |
| 12/1/2005 2:07:57 AM | AMSERVICE | Debt Encumbrance - Released | $4.00 | 6PHLD711 - 279 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($2.20) | 6PHLD725 | | $16.50 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($3.30) | 6PHLD724 | | $18.70 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($4.40) | 6PHLD691 | | $22.00 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $2.20 | 6PHLD725 - 283 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $3.30 | 6PHLD724 - 282 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $3.00 | 6PHLD691 - 281 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $1.40 | 6PHLD691 - 66 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.50) | 6PHLD757 - 284 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($2.20) | 6PHLD725 - 283 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.30) | 6PHLD724 - 282 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.00) | 6PHLD691 - 281 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($4.00) | 6PHLD712 - 280 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($4.00) | 6PHLD711 - 279 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Lockbox - CD | $20.00 | 70145703 | | $26.40 |
| 11/7/2005 10:55:34 AM | PHL0669 | Debt Encumbrance | ($5.00) | FPHLD807 - 176 | | |
| 11/2/2005 8:49:32 AM | PHL0669 | Photo Copies | ($5.00) | JV0008 | | $6.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/1/2005 2:07:53 AM | AMSERVICE | PLRA Payment | $0.00 | 6PHLD711 | D119 | $11.40 |
| 11/1/2005 2:07:53 AM | AMSERVICE | Debt Encumbrance - Released | $5.00 | 6PHLD712 - 57 | | |
| 11/1/2005 2:07:53 AM | AMSERVICE | Debt Encumbrance - Released | $5.00 | 6PHLD711 - 56 | | |
| 10/25/2005 9:37:54 AM | PHL9059 | Sales | $0.00 | 40 | | $11.40 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($1.20) | 6PHLD685 | | $11.40 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($0.30) | 5PHLD674 | | $12.60 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($2.00) | 5PHLD666 | | $12.90 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($0.60) | 5PHLD661 | | $14.90 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($1.00) | 5PHLD646 | | $15.50 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($3.50) | 5PHLD542 | | $16.50 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($3.00) | 5PHLD532 | | $20.00 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($2.00) | 5PHLD497 | | $23.00 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $1.20 | 6PHLD685 - 65 | | |

1 2 3

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 82074054 | | Current Institution: | Philadelphia FDC |
| Inmate Name: | AWALA, GBEKE | | Housing Unit: | 6 SOUTH |
| Report Date: | 05/24/2006 | | Living Quarters: | F03-623L |
| Report Time: | 10:25:43 AM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $0.30 | 5PHLD674 - 64 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $2.00 | 5PHLD666 - 63 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $0.60 | 5PHLD661 - 62 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $1.00 | 5PHLD646 - 61 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $3.50 | 5PHLD542 - 60 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $3.00 | 5PHLD532 - 59 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $2.00 | 5PHLD497 - 58 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($1.40) | 6PHLD691 - 66 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($1.20) | 6PHLD685 - 65 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($0.30) | 5PHLD674 - 64 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($2.00) | 5PHLD666 - 63 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($0.60) | 5PHLD661 - 62 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($1.00) | 5PHLD646 - 61 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($3.50) | 5PHLD542 - 60 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($3.00) | 5PHLD532 - 59 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($2.00) | 5PHLD497 - 58 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($5.00) | 6PHLD712 - 57 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Debt Encumbrance | ($5.00) | 6PHLD711 - 56 | | |
| 10/15/2005 5:56:00 AM | AMSERVICE | Lockbox - CD | $25.00 | 70143301 | | $25.00 |
| 10/14/2005 8:17:05 AM | PHL9059 | Sales | $0.00 | 23 | | $0.00 |
| 10/7/2005 9:42:10 AM | PHL1592 | Sales | $0.00 | 87 | | $0.00 |

1 2 3