IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICAHEL AWALA, | : |
|     Plaintiff, | : |
| v. | : |
| | :    Civ. No.:06-248-KAJ |
| SPECIAL AGENT AXEL GONZALEZ, | : |
| et al., | : |
|     Defendants. | : |

FILED
JUN 2 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

MOTION TO PLACE CASE IN ABEYANCE

AND NOW COMES the Plaintiff Gbeke Michael Awala in the above captioned matter and move for an order pursuant to Title 28 U.S.C. Section 1915A, for an order granting in forma pauperis, nevertheless, the plaintiff want case placed in abeyance until the Spirit is poured upon him from heaven and exaulted by the Court who had at this point count no weight of him.

Find attached are copies of the plaintiff's six moths account for court to use in its assessment under pauper, othwise based on the extraordinary wire of complaint alleged on record, based upon the defendants use of skills perverted for criminal ends and only skills related to knowledge or training by extraordinary good sight carriedaway substantially the documents belonging to plaintiff without respect for the law under which plaintiff had suffered concrete injury without defendants issuing a Certificate of probable cause or something to at leats trace the items, this court should may be permit plaintiff to speak, or in the main time place case on abeyance.

Dated. 6/20/, 2006.       1-1      GBEKE MICHAEL AWALA

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 82074054 | Current Institution: | Philadelphia FDC | |
| Inmate Name: | AWALA, GBEKE | Housing Unit: | 6 SOUTH | |
| Report Date: | 06/20/2006 | Living Quarters: | F03-628L | |
| Report Time: | 9:00:39 AM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 6/16/2006 3:07:26 PM | PHL1694 | Debt Encumbrance | ($0.40) | FPHLD380 - 1271 | | |
| 6/16/2006 2:48:07 PM | PHL1694 | Photo Copies | ($0.70) | JV0040 | | $17.40 |
| 6/16/2006 2:47:40 PM | PHL1694 | Photo Copies | ($1.90) | JV0040 | | $18.10 |
| 6/15/2006 2:42:10 PM | PHL7239 | PLRA Payment | ($8.00) | D775 | E036 | $20.00 |
| 6/15/2006 2:42:04 PM | PHL7239 | PLRA Payment | $8.00 | D775-V | | $28.00 |
| 6/15/2006 2:41:47 PM | PHL7239 | PLRA Payment | ($6.00) | D774 | E035 | $20.00 |
| 6/15/2006 2:41:42 PM | PHL7239 | PLRA Payment | $6.00 | D774-V | | $26.00 |
| 6/7/2006 2:48:19 PM | PHL1527 | Photo Copies | ($1.50) | JV0040 | | $20.00 |
| 6/7/2006 1:47:21 PM | PHL1527 | Photo Copies | ($2.10) | JV0040 | | $21.50 |
| 6/7/2006 10:21:33 AM | PHL1527 | Photo Copies | ($3.40) | JV0040 | | $23.60 |
| 6/1/2006 2:07:54 AM | AMSERVICE | PLRA Payment | ($8.00) | FPHLD159 | D775 | $27.00 |
| 6/1/2006 2:07:54 AM | AMSERVICE | PLRA Payment | ($6.00) | FPHLD162 | D774 | $35.00 |
| 6/1/2006 2:07:54 AM | AMSERVICE | Debt Encumbrance - Released | $8.00 | FPHLD214 - 1089 | | |
| 6/1/2006 2:07:54 AM | AMSERVICE | Debt Encumbrance - Released | $8.00 | FPHLD162 - 1088 | | |
| 6/1/2006 2:07:54 AM | AMSERVICE | Debt Encumbrance - Released | $8.00 | FPHLD159 - 1087 | | |
| 5/30/2006 2:10:44 PM | PHL7239 | Legal Fees | $0.00 | | | $41.00 |
| 5/23/2006 9:29:38 AM | PHL5518 | Sales | $0.00 | 47 | | $41.00 |
| 5/23/2006 9:06:43 AM | PHL7239 | Debt Encumbrance | ($2.00) | FPHLD306 - 1129 | | |
| 5/22/2006 10:06:40 AM | PHL7239 | Photo Copies | ($2.10) | JV0036 | | $41.00 |
| 5/15/2006 2:07:05 AM | AMSERVICE | Photo Copies | ($4.10) | FPHLD129 | | $43.10 |
| 5/15/2006 2:07:05 AM | AMSERVICE | Debt Encumbrance - Released | $1.00 | FPHLD129 - 1090 | | |
| 5/15/2006 2:07:05 AM | AMSERVICE | Debt Encumbrance - Released | $3.10 | FPHLD129 - 974 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($15.00) | FPHLD135 - 1091 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($1.00) | FPHLD129 - 1090 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD214 - 1089 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD162 - 1088 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD159 - 1087 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Western Union | $40.00 | 33316206 | | $47.20 |
| 5/9/2006 12:30:28 PM | PHL7239 | Photo Copies | ($1.70) | JV0036 | | $7.20 |
| 5/9/2006 12:28:48 PM | PHL7239 | Photo Copies | ($0.20) | JV0036 | | $8.90 |
| 5/3/2006 2:09:50 PM | PHL7239 | Photo Copies | ($0.30) | JV0036 | | $9.10 |
| 5/3/2006 1:57:57 PM | PHL7239 | Photo Copies | ($3.70) | JV0036 | | $9.40 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($20.00) | FPHLD159 | D717 | $13.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($20.00) | FPHLD162 | D716 | $33.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($10.00) | FPHLD214 | D715 | $53.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD214 - 969 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD162 - 968 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD159 - 967 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD214 - 935 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD162 - 934 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD159 - 933 | | |
| 4/24/2006 9:57:28 AM | PHL7239 | Court Fees | $0.00 | | | $63.10 |
| 4/24/2006 9:56:42 AM | PHL7239 | Court Fees | $0.00 | | | $63.10 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($4.80) | FPHLD122 | | $63.10 |

| Date | Source | Description | Amount | Reference | Balance |
|---|---|---|---|---|---|
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($8.40) | FPHLD107 | $67.90 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Inmate Co-pay | ($2.00) | FICD0206 | $76.30 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($5.60) | FPHLD096 | $78.30 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $4.80 | FPHLD122 - 973 | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $8.40 | FPHLD107 - 972 | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $2.00 | FICD0206 - 971 | |

1 2 3

## All Transactions  🖶 PRINT

| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 82074054 | **Current Institution:** | Philadelphia FDC | |
| **Inmate Name:** | AWALA, GBEKE | **Housing Unit:** | 6 SOUTH | |
| **Report Date:** | 06/20/2006 | **Living Quarters:** | F03-628L | |
| **Report Time:** | 9:00:52 AM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $1.70 | FPHLD096 - 970 | | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $3.90 | FPHLD096 - 938 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($3.10) | FPHLD129 - 974 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($4.80) | FPHLD122 - 973 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($8.40) | FPHLD107 - 972 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($2.00) | FICD0206 - 971 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($1.70) | FPHLD096 - 970 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD214 - 969 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD162 - 968 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD159 - 967 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Western Union | $50.00 | 33314506 | | $83.90 |
| 4/18/2006 8:15:17 AM | PHL5518 | Sales | $0.00 | 9 | | $33.90 |
| 4/14/2006 2:07:07 AM | AMSERVICE | Photo Copies | ($6.30) | FPHLD090 | | $33.90 |
| 4/14/2006 2:07:07 AM | AMSERVICE | Photo Copies | ($21.20) | FPHLD089 | | $40.20 |
| 4/14/2006 2:07:07 AM | AMSERVICE | Debt Encumbrance - Released | $6.30 | FPHLD090 - 937 | | |
| 4/14/2006 2:07:07 AM | AMSERVICE | Debt Encumbrance - Released | $9.80 | FPHLD089 - 936 | | |
| 4/14/2006 2:07:07 AM | AMSERVICE | Debt Encumbrance - Released | $11.40 | FPHLD089 - 603 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($3.90) | FPHLD096 - 938 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($6.30) | FPHLD090 - 937 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($9.80) | FPHLD089 - 936 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD214 - 935 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD162 - 934 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD159 - 933 | | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Western Union | $50.00 | 33314006 | | $61.40 |
| 2/2/2006 9:00:42 PM | PHL7239 | Debt Encumbrance | ($11.40) | FPHLD089 - 603 | | |
| 2/2/2006 8:54:18 PM | PHL7239 | Photo Copies | ($1.70) | JV0027 | | $11.40 |
| 1/30/2006 12:25:21 PM | PHL1694 | Photo Copies | ($3.40) | JV0020 | | $13.10 |
| 12/24/2005 3:36:42 AM | Sentry | Debt Encumbrance - Released | $8.00 | FPHLD855 - 321 | | |
| 12/24/2005 3:36:42 AM | Sentry | Debt Encumbrance - Released | $3.50 | 6PHLD757 - 284 | | |
| 12/24/2005 3:36:42 AM | Sentry | Debt Encumbrance - Released | $5.00 | FPHLD807 - 176 | | |
| 12/5/2005 9:09:42 AM | PHL0669 | Debt Encumbrance | ($8.00) | FPHLD855 - 321 | | |
| 12/5/2005 9:09:20 AM | PHL0669 | Photo Copies | $5.80 | JV0014-V | | $16.50 |
| 12/5/2005 9:09:15 AM | PHL0669 | Photo Copies | ($5.80) | JV0014 | | $10.70 |
| 12/5/2005 9:08:51 AM | PHL0669 | Photo Copies | $1.60 | JV0014-V | | $16.50 |
| 12/5/2005 8:53:36 AM | PHL0669 | Photo Copies | ($1.60) | JV0014 | | $14.90 |
| 12/1/2005 2:07:57 AM | AMSERVICE | Debt Encumbrance - Released | $4.00 | 6PHLD712 - 280 | | |
| | | Debt Encumbrance - | | 6PHLD711 - | | |

| Date | Service | Description | Amount | Reference | Balance |
|---|---|---|---|---|---|
| 12/1/2005 2:07:57 AM | AMSERVICE | Released | $4.00 | 279 | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($2.20) | 6PHLD725 | $16.50 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($3.30) | 6PHLD724 | $18.70 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($4.40) | 6PHLD691 | $22.00 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $2.20 | 6PHLD725 - 283 | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $3.30 | 6PHLD724 - 282 | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $3.00 | 6PHLD691 - 281 | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $1.40 | 6PHLD691 - 66 | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.50) | 6PHLD757 - 284 | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($2.20) | 6PHLD725 - 283 | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.30) | 6PHLD724 - 282 | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.00) | 6PHLD691 - 281 | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($4.00) | 6PHLD712 - 280 | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($4.00) | 6PHLD711 - 279 | |

1 2 3